1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | SASHUS JAMAL SANDERS, | Case No. 2:22-cv-01287-DJC-JDP (PS) |
|----|----|----|
| 12 | Plaintiff, | |
| 13 | v. | FINDINGS AND RECOMMENDATIONS |
| 14 | WENDY BEHAN, *et al*., | |
| 15 | Defendants. | |
| 16 | | |

17        On January 12, 2023, I screened plaintiff's complaint, notified him that it failed to state a

18   claim, and granted him thirty days to file an amended complaint.  ECF No. 3.  Plaintiff failed to

19   timely file an amended complaint.  Accordingly, on April 5, 2023, I ordered him to show cause

20   within fourteen days why this action should not be dismissed for failure to prosecute and failure

21   to state a claim.  ECF No. 5.  I notified him that if he wished to continue with this lawsuit, he

22   must file an amended complaint.  I also warned plaintiff that failure to comply with the April 5

23   order would result in a recommendation that this action be dismissed.  *Id*.

24        The deadline has passed, and plaintiff has not filed an amended complaint or otherwise

25   responded to the April 5, 2023 order.  Accordingly, it is hereby RECOMMENDED that:

26        1.  This action be dismissed for failure to prosecute, failure to comply with court orders,

27   and failure to state a claim for the reasons set forth in the January 12, 2023 order.

28

1

1      2.  The Clerk of Court be directed to close the case.

2          These findings and recommendations are submitted to the United States District Judge

3   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

4   after being served with these findings and recommendations, any party may file written

5   objections with the court and serve a copy on all parties.  Such a document should be captioned

6   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

7   objections shall be served and filed within fourteen days after service of the objections.  The

8   parties are advised that failure to file objections within the specified time may waive the right to

9   appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

10  *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11

    IT IS SO ORDERED.

12

13

    Dated:    June 8, 2023                          _____
14                                                  JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2